# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2018

156981

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

DOA DOA, INC. and GARDEN CITY REAL
ESTATE, LLC,
      Plaintiffs-Appellants,

v

PRIMEONE INSURANCE COMPANY,
      Defendant-Appellee.

SC: 156981
COA: 339215
Wayne CC: 16-003251-CB

_____/

      On order of the Court, the application for leave to appeal the November 22, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the November 22, 2017 order of the Court of Appeals reversing the Wayne Circuit Court's June 22, 2017 order, and we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2018



Clerk

p0626